DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YUDITH PEREZ-LOPEZ,**
Appellant,

v.

**JUMBO EXPRESS, INC.,** et al,
Appellee.

No. 4D17-3493

[May 17, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502015CA008676XXXXMB.

Maria Abellon of Abellon, P.A., West Palm Beach, for appellant.

Michael K. Mittelmark of Michaud, Mittelmark, Marowitz & Asrani PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***